# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-619-RJC-DCK

| | |
|---|---|
| CAROL BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARRIOTT HOTEL SERVICES, INC. ) | |
| MARRIOTT INTERNATIONAL, INC., and ) | |
| SOUTH PARK REAL ESTATE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, David B. Hamilton, filed a "Certification Of Mediation Session" (Document No. 16) notifying the Court that the parties reached a settlement on August 23, 2015. The Court commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 23, 2016**.

**SO ORDERED**.

Signed: August 30, 2016

David C. Keesler
United States Magistrate Judge